| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND 200 Harry S. Truman Pkwy, Suite 300 Annapolis, MD 21401 | * | IN THE COURT OF APPEALS OF MARYLAND |
|---|---|---|
| Petitioner | * | |
| | * | |
| v. | * | Misc. Docket AG |
| ARCADIO JORGE REYES | * | No. 26 |
| | * | September Term, 2015 |
| | * | |
| Respondent | | |

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16-722, in which Respondent admits he committed professional misconduct in violation of Rules 1.15(a) and (c) of the Maryland Lawyers' Rules of Professional Conduct, it is this 10th day of ___July___, 2015,

ORDERED, that Respondent, Arcadio Jorge Reyes, be and he is hereby disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Arcadio Jorge Reyes from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Lynne A. Battaglia
Senior Judge